

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2019

No. 04-19-00313-CV

Patrick **MINOR**,
Appellant

v.

**ST. PHILLIP'S COLLEGE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03609
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellant's brief was due on June 17, 2019. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2019.



Keith E. Hottle,
Clerk of Court